USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/6/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

1964 REALTY LLC,

           Plaintiff,

– against –

CONSULATE OF THE STATE OF QATAR-NEW YORK,

           Defendant,

NEW YORK LAND SERVICES INC.,

           Stakeholder Defendant.

**ORDER**

14 Civ. 6429 (ER)

---

By Notice of Motion filed on October 9, 2015, Doc. 51, Defendant Consulate of the State of Qatar—New York, moved that all proceedings in this matter be stayed pending appeal of the order entered by this Court on September 4, 2015, which, *inter alia*, denied Defendant's motion to dismiss the Complaint and directed the parties to engage in limited jurisdictional discovery, Doc. 32. On January 5, 2016, the Second Circuit Court of Appeals issued a Mandate dismissing Defendant's appeal for lack of appellate jurisdiction. Doc. 58. Accordingly, Defendant's motion to stay the proceedings is denied as MOOT.

The Clerk of the Court is respectfully directed to terminate the motion, Doc. 51.

Dated:    April 6, 2016
           New York, New York

                                                                  Edgardo Ramos, U.S.D.J.