```
UNITED STATES DISTRICT COURT           USDC SDNY
SOUTHERN DISTRICT OF NEW YORK          DOCUMENT
                                       ELECTRONICALLY FILED
                                       DOC #
------------------------------------x  DATE FILED: 5/19/2016
1964 REALTY LLC,                    :
                                    :
              Plaintiff,            :  Civ. No. 14-cv-6429 (ER)
                                    :
        -against-                   :  STIPULATION AND ORDER OF
                                    :  VOLUNTARY DISMISSAL
CONSULATE OF THE STATE OF QATAR –   :  WITH PREJUDICE PURSUANT
NEW YORK,                           :  TO F.R.C.P. 41(a)(1)(A)(ii)
                                    :
              Defendant, and        :
                                    :
NEW YORK LAND SERVICES INC.         :
                                    :
              Stakeholder Defendant.:
------------------------------------x
```

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties, and/or their respective counsel, that the above-captioned action is voluntarily dismissed, *with prejudice*, against the defendant Consulate of the State of Qatar – New York and the stakeholder defendant New York Land Services, a division of Commonwealth Land Title Insurance Company i/s/h/a New York Land Services Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

SCHINDLER COHEN & HOCHMAN LLP  
*Attorneys for Plaintiff 1964 Realty, LLC*

By: _____  
Steven R. Schindler  
100 Wall Street, 15th floor  
New York, New York 10005  
(212) 277-6316  
sschindler@schlaw.com

Dated: May 19 2016

GREENBERG TRAURIG, LLP  
*Attorneys for Defendant Consulate of the State of Qatar – New York*

By: _____  
Steven Sinatra  
200 Park Avenue, 39th floor  
New York, New York 10166  
(212) 801-9200  
sinatras@gtlaw.com

Dated: May 19, 2016

FIDELITY NATIONAL LAW GROUP
*Attorneys for Stakeholder Defendant*
*New York Land Services, a division of*
*Commonwealth Land Title Insurance*
*Company, i/s/h/a New York Land Services Inc.*

By: _____
Donald Glenn Davis
350 Fifth Avenue, Suite 3000
New York, New York
(646) 708-8087
Donald.davis@fnf.com

Dated: May 17, 2016

**SO-ORDERED:**

_____
Edgardo Ramos, U.S.D.J
Dated: 5/19/2016
New York, New York

2